# Schedule A

| Doe # | merchant_name | merchant_id |
|---|---|---|
| 1 | dgjianhe | dgjianhe |
| 2 | hdpromotion | hdpromotion |
| 3 | hzhony | hzhony |
| 4 | sensotv | sensotv |
| 5 | shengshuo | shengshuo |
| 6 | wuxichrt | wuxichrt |
| 7 | wxchrt | wxchrt |
| 8 | yiwulizhi | yiwulizhi |
| 9 | ywouke | ywouke |
| 10 | zjhony | zjhony |
| 11 | Imc Digital Technology Company Ltd. | 19898 |
| 12 | slingifts Official Store | 203910 |
| 13 | Leading lifestyle store | 1359042 |
| 14 | Perfect House Fou U-99999 | 1799097 |
| 15 | unexpected shopping heaven Store | 1805827 |
| 16 | BeeFun Store | 2404011 |
| 17 | Pawprint Store | 2675065 |
| 18 | KingPet Market Store | 2881374 |
| 19 | Your Lifestyle Store | 2956255 |
| 20 | AIYIGU Store | 3081031 |
| 21 | Poo Kitchen Store | 3091072 |
| 22 | Zoe's Little Store | 3135014 |
| 23 | Chuffed Cotton Store | 3205074 |
| 24 | For Beloved Store | 3207130 |
| 25 | hayppy Store | 3248036 |
| 26 | F Rhyme Store | 3249041 |
| 27 | ZMHEGW Store | 3256113 |
| 28 | Chakwan Living Store | 4003002 |
| 29 | Onew Store | 4239016 |
| 30 | LoveFaith Store | 4414217 |
| 31 | Heitan Store | 4423106 |
| 32 | VAHIGCY Tools Store | 4498073 |
| 33 | Art_Life Store | 4500038 |
| 34 | monokweepjy Pink Life Store | 4501005 |
| 35 | ToHappiness Store | 4566019 |
| 36 | Dreaming shop Store | 4568034 |
| 37 | Good Life Strona Store | 4690092 |
| 38 | Shop4705087 Store | 4705087 |
| 39 | Lenzero Store | 4808144 |
| 40 | Professional Daily Supplies Store | 4837002 |
| 41 | jolie's Garden Store | 4972002 |
| 42 | Empower Dropshipper Store | 4987269 |
| 43 | KHLO Store | 4998468 |
| 44 | H-O-M-E-Y Store | 4998519 |
| 45 | BETL H-HOME Store | 5000447 |
| 46 | BETLargest H-HOME Store | 5007436 |
| 47 | Do It At Possible Moment Store | 5047362 |
| 48 | Bonjour LIFE Store | 5067177 |
| 49 | Catch your Lift Store | 5106108 |

| | | |
|---|---|---|
| 50 | Welove_ Store | 5117077 |
| 51 | Smartlove1P | A170AGRQNWQZ9G |
| 52 | Waziri-Trading | A17IAYGH6OWOQT |
| 53 | Legend Tech Company | A183B6BUYSVOFM |
| 54 | BrookfieldQQ | A18EBKFVZLWBEL |
| 55 | Sherry-us | A1E55M5X87KB99 |
| 56 | yan bian tian cheng shang mao you xian gong si | A1NMAGR4OK6CPH |
| 57 | xianchao | A1P2NU1U7KPBDO |
| 58 | HongGangWang | A1PDQUYI0P6LGD |
| 59 | Peppydazi | A1PLE3AVZYB7X8 |
| 60 | DUP | A1QHK7XF17HE6Z |
| 61 | anglebless | A1SGWXLPN5N25G |
| 62 | Weka Power | A1TTCT9XHR3WSW |
| 63 | Lamijua | A26VUQETDDACG2 |
| 64 | Youghalwell | A2CCC68PG8RG1G |
| 65 | CHwares | A2G6YQ3BT3XRSP |
| 66 | Bonviee | A2OWEX78XBFB0V |
| 67 | CremeBruluee | A2RW9MJOTYLDD |
| 68 | Tour-sea | A31NS8QFAMWKJK |
| 69 | ESHOPCLUB | A33MFGTE8P3UN2 |
| 70 | WellingtonA | A3PVV0C2B9SA7D |
| 71 | eyesonme | A3QKRJYXAJR32N |
| 72 | Homics | A3U7E3Z01HXCYO |
| 73 | Moms Hand Home Collection | A3VN3QPQOY06E5 |
| 74 | PGTech | A5M78O8Q5WPTT |
| 75 | Sweepingy | AC2IT42P87IZ3 |
| 76 | GoodLock | AJ6O7Y2DFSUER |
| 77 | Hydens | AVX2KZ56JE64A |
| 78 | AgoHike | AX9Q4LWEYS4IX |
| 79 | keruite | AY38MCL9DI1L |
| 80 | amazing-sale | amazing-sale |
| 81 | anybestbuy | anybestbuy |
| 82 | beetandeals | beetandeals |
| 83 | chwares | chwares |
| 84 | estrvill38 | estrvill38 |
| 85 | kysting | kysting |
| 86 | lifebestchoice | lifebestchoice |
| 87 | mayunstore | mayunstore |
| 88 | midnightwarrior125 | midnightwarrior125 |
| 89 | needyouknow | needyouknow |
| 90 | okstores | okstores |
| 91 | repairmall2013 | repairmall2013 |
| 92 | rose-in-july | rose-in-july |
| 93 | shopbest2u | shopbest2u |
| 94 | slus71 | slus71 |
| 95 | thebestqualitygoods | thebestqualitygoods |
| 96 | tm_store | tm_store |
| 97 | worthbuyer | worthbuyer |
| 98 | yuwanlin02 | yuwanlin02 |
| 99 | Fashion room | 53686453736046100987 2ba6 |
| 100 | angelroom | 5386dd3fb9ee841fe3c9b0dd |
| 101 | best buyer international | 54fe6a57a0086e70c9d8de2b |

| | | |
|---|---|---|
| 102 | electricace | 55f0e73c0936f455239f662b |
| 103 | Shrine | 570b4792c277d458ff41d7b8 |
| 104 | get your save | 582c42fb728de646f2487984 |
| 105 | kisrain | 58c69f9d6b8cfe51b0a10aad |
| 106 | tklight | 58c9384b91743e508ff22de5 |
| 107 | OKselling | 58f8793eb33b8510e90e072b |
| 108 | dylantt | 590bde8e0f961720633ea539 |
| 109 | johnnychan | 5914672a387dd12e362b9e22 |
| 110 | ourdress | 59146c0c71a2f21160479ee5 |
| 111 | avenue | 592e83b64e43b34673bc0075 |
| 112 | crazybuyv | 594093c5484de9502a70a493 |
| 113 | weestar | 598a9fffae228e50af5ba1bb |
| 114 | JiaShiKe | 598bfe3a0415f8425246ded3 |
| 115 | shoprythe | 5a013c5fdd032965f878cdb9 |
| 116 | twokits | 5a13e4020f193f63d57d8da9 |
| 117 | mmretro | 5a13e9223eb22a053e347796 |
| 118 | composave | 5a1cc1b99aee09571df708a3 |
| 119 | yunskystore | 5a2b492c7dee4a45f5627b5c |
| 120 | skzyouth0112 | 5a337dc6ccd9fc210c43b4d4 |
| 121 | sweetyngirls | 5af257041cc5b717932dcf58 |
| 122 | wellwawa | 5b0d0b26c721a95c915ef84a |
| 123 | refueling666 | 5b28b9802b04103b7a15235a |
| 124 | yingling | 5b2c58415676c35a23219ae7 |
| 125 | youjianhuozhan | 5b4ffb5b495a5628855d4f41 |
| 126 | kumaissale | kumaissale |
| 127 | somejishop | somejishop |
| 128 | splinegoods | splinegoods |
| 129 | teapeak | teapeak |
| 130 | getsnobs | getsnobs |
| 131 | homealls | homealls |