**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UT Brands, LLC | ) | Case No. 1:19-cv- 6599 |
| | ) | |
| v. | ) | Judge: Hon. Andrea R. Wood |
| | ) | |
| THE PARTNERSHIPS and | ) | Magistrate: Hon. Sunil R. Harjani |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Platform | Store Name | Store ID | Merchant ID |
|---|---|---|---|---|
| 32 | Aliexpress | VAHIGCY Tools Store | 4498073 | cn1521162184xsfs |
| 34 | Aliexpress | monokweepjy Pink Life Store | 4501005 | cn1521131733dypm |
| 35 | Aliexpress | ToHappiness Store | 4566019 | cn1520920385dqzt |
| 36 | Aliexpress | Dreaming shop Store | 4568034 | cn1520933624iwne |

and hereby dismisses them from the suit without prejudice.

Dated this 1st Day of August 2020.

Respectfully submitted,

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com