## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| UT Brands, LLC | ) | Case No. 1:19-cv- 6599 |
|---|---|---|
| | ) | |
| v. | ) | Judge: Hon. Andrea R. Wood |
| | ) | |
| THE PARTNERSHIPS and | ) | Magistrate: Hon. Sunil R. Harjani |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 31 | Heitan Store | 4423106 |
| 25 | hayppy Store | 3248036 |

and hereby dismisses them from the suit without prejudice.

Dated this 16th Day of September 2022.

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com